IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00342-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH DEAN STURM,

        Defendant.

_____

ORDER
_____

On January 26, 2007, I heard evidence pertaining to motions of the defendant, Kenneth Dean Sturm, including a motion for revocation of the detention order.  In addition to the testimony and documentary evidence, I have the benefit of the parties' briefs and the reports of the Probation Office.  After reviewing these materials and the evidence, and for the reasons stated on the record during the January 26, 2007 hearing, it is ORDERED that Mr. Sturm's motion for revocation of the detention order [docket # 26] is DENIED.

Dated: January  29  , 2007, in Denver, Colorado.

BY THE COURT:


    s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge