### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

### CHIEF JUDGE LEWIS T. BABCOCK
_____

| | |
|---|---|
| Courtroom Deputy:  LaDonne Bush | Date: January 30, 2007 |
| Court Reporter:    Gwen Daniel | |

_____

| | |
|---|---|
| Criminal Action No. 06-cr-00342-LTB | _Counsel:_ |
| UNITED STATES OF AMERICA, | Habib Nasrullah |
| | Robert Brown |
| Plaintiff, | |
| v. | |
| 1. KENNETH DEAN STURM, | Robert Pepin |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**CONTINUED HEARING - MOTIONS**

2:10 p.m.    Court in session.

Defendant present and in custody.

Defendant sworn.

Direct examination of Defendant by Mr. Pepin.

Cross examination of Defendant by Mr. Brown.

Government Exhibit 16 received for purposes of this hearing.

Court takes judicial notice of the affidavit and the search warrant.

Argument by Mr. Pepin.

Argument by Mr. Nasrullah.

Argument by Mr. Brown.

**ORDERED:** Motion to Suppress Statements (Doc. 32), Motion to Suppress Physical Evidence and Statements (Doc. 33) and Motion for Severance of Counts (Doc. 30) are taken under advisement.

**ORDERED:** Status conference is set Thursday, February 22, 2007, at 8:30 a.m. A reply regarding the Request for Notice of 404(b) Evidence may be filed by February 19, 2007.

Further argument by Mr. Nasrullah and Mr. Pepin.

3:13 p.m.     Court in recess.

Hearing concluded.

Time: 01:03