IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00342-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH DEAN STURM,

        Defendant.

_____

## ORDER
_____

       The defendant, Kenneth Dean Sturm, filed a motion requesting notice of evidence that the Government intends to introduce at trial pursuant to Fed. R. Evid. 404(b).  The Government has provided the notice, and the motion [docket # 31] is DENIED AS MOOT.

Dated: January   30  , 2007, in Denver, Colorado.

                                                BY THE COURT:

                                                s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge