IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Chief Judge

Criminal Case No.  06-CR-00342-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KENNETH DEAN STURM,

        Defendant.

_____

ORDER
_____

        The defendant, Kenneth Dean Sturm, has filed a motion to declare the case complex or, alternatively, to exclude time in the interest of justice.  The child pornography charge against him is complex, he asserts, because the computers and computer media on which he is alleged to have accessed and stored the offending images must be examined forensically.  The ends of justice would be best served by continuing trial until defense counsel has had the opportunity to conduct the requisite forensic analysis of the computers and media.

        For these and the other reasons stated on the record during the March 22, 2007 hearing, I find and conclude that the case is complex and that it would be unreasonable to expect Mr. Sturm adequately to prepare for trial within the time limits established in 18 U.S.C. § 3161.  I further find and conclude that the ends of justice served by a declaration of complexity outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, it is ORDERED that:

1) the motion to declare the case complex [58] is GRANTED and the case is declared complex;

2) Mr. Sturm shall file any and all discovery motions on or before April 5, 2007 and the Government shall respond on or before April 27, 2007;

3) a further status and scheduling hearing shall occur on **May 4, 2007 at 2:00 P.M.**.

Dated: March   22  , 2007 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge
