IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-CR-00342-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KENNETH DEAN STURM,

       Defendant.

_____

ORDER
_____

As further discussed on the record at the June 13, 2007 hearing on Defendant's Objection to Admission of Evidence Identified in Government's Notice of Intent to Use Evidence [Doc #55], IT IS HEREBY ORDERED as follows:

1. Defendant's objection to the admission of evidence regarding a prior conviction on child pornography charges is SUSTAINED;

2. Defendant's objection to the admission of 17 images contained in temporary internet files on Defendant's computer is CONDITIONALLY DENIED, and the Government shall specifically identify these 17 images to the Court and counsel for Defendant within 10 days;

3. Defendant's objection to the admission of 1 image of alleged child pornography contained on what has been identified as CD #1 and of 2 images of alleged child pornography contained on what has been identified as CD #2 is CONDITIONALLY DENIED;

4. Defendant's objection to the admission of images of alleged child erotica on what has

been identified as CD # 3 shall be HELD IN ABEYANCE;

5. The Government's Second Supplemental Notice of Intent to Use Evidence [Doc # 89] is WITHDRAWN;

6. The Government shall supplement its Notice of Intent to Use Evidence [Doc # 50] regarding Defendant's communications with and access of images through an illegal website identified as "Illegal.CP" within 10 days;

7. The Government shall submit the 17 images contained in temporary internet files on Defendant's computer and the 4 images from the CDs, including the one that is the basis for the charge in the superseding indictment, to the Court for in camera review within 10 days; and

8. A further hearing on Defendant's objection and for status and scheduling is set for 9:00 a.m. on July 6, 2007.

Dated: June    14   , 2007 in Denver, Colorado.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                LEWIS T. BABCOCK, JUDGE