IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  06-CR-00342-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

KENNETH DEAN STURM,

  Defendant.

_____

ORDER
_____

  As further discussed on the record at the July 6, 2007 hearing on Defendant's Objection to Admission of Evidence Identified in Government's Notice of Intent to Use Evidence [Doc # 55], IT IS HEREBY ORDERED as follows:

  1.  Defendant's objection to the admission of 14 images contained in temporary internet files on Defendant's computer is DENIED;

  2.  Defendant's objection to the admission of 1 image of alleged child pornography contained on what has been identified as CD #1 and of 3 images of alleged child pornography contained on what has been identified as CD #2 is DENIED;

  3.  The Government shall file its disclosures under Fed. R. Evid. 702 on or before July 24, 2007;

  4.  Defendant shall file responses to the Government's Revised Notice of Intent to Use Evidence [Doc # 92] and Second Revised Notice of Intent to Use Evidence [Doc # 93] on or

before August 3, 2007; and

    5.  A further hearing on Defendant's objections is set for August 9, 2007 at 8:30 a.m.

Dated: July   6  , 2007 in Denver, Colorado.

                                                              BY THE COURT:

                                              s/Lewis T. Babcock
                                              LEWIS T. BABCOCK, JUDGE