IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-CR-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH DEAN STURM,

    Defendant.

_____

# ORDER
_____

As further discussed on the record at the February 8, 2008 status and scheduling hearing, IT IS HEREBY ORDERED as follows:

1. The Government shall file a revised notice of intent to use evidence under Rule 404(b) on or before February 22, 2008.

2. Defendant shall file any response to the Government's revised notice of intent to use evidence under Rule 404(b) on or before March 14, 2008.

3. A further status and scheduling hearing is set for 10:00 a.m. on April 11, 2008.

4. My previous determination that this case is complex [Doc # 69] shall remain in full force and effect notwithstanding the filing of the Second Superseding Indictment.

Dated: February       8      , 2008 in Denver, Colorado.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE