IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 06-CR-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH DEAN STURM,

    Defendant.

___

ORDER
___

As further discussed on the record at the June 13, 2008 hearing on the Objection to Admission of Evidence Identified in Government's Notice of Intent to Use Evidence Pursuant to Fed. R. Evid. 404(b) [**Doc # 142**] filed by the Defendant, Kenneth Dean Sturm, IT IS HEREBY ORDERED as follows:

1. Defendant's Objection to the admissibility of the Government's proffered evidence – in the form of a motion *in limine* pursuant to Fed. R. Civ. P. 103(c) – is GRANTED in that the following category of evidence will not be admissible at trial: D) Images of Child Pornography on CD-Rs; and

2. The remainder of Defendant's Objection to the admissibility of the Government's proffered evidence is DENIED in that the following categories of evidence will be admissible at trial, subject to foundation and any other evidentiary issues, pursuant to Fed. R. Evid. 404(b) for the limited purposes of proving Defendant's knowledge and absence of mistake or accident: A)

Defendant's Internet History and Searches for Child Pornography; B) Communications with Illegal.CP Website and Accessing of Images; and C) Images of Child Pornography from Temporary Internet Files;

3) A full day evidentiary hearing is set on Defendant's Motion to Exclude Fed. R. Evid. 702 Identified in Docket #97, #133, and #143 **[Doc #149 -filed 5/5/08]** for **Monday, October 20, 2008, at 8:30 am.;**

4) The pre-trial preparation conference is set for **Friday, October 24, 2008 at 3:00 p.m.** In preparation for that conference, the Government is ORDERED to file the following: draft jury instructions, proposed witness and exhibit lists, proposed *voir dire* questions, and a short notice to the court of any potential evidentiary problems. In addition, the Defendant is likewise ORDERED to file the following in preparation for that conference: any special proposed jury instructions, proposed witness and exhibit lists, proposed *voir dire* questions, and a short notice to the court of any potential evidentiary problems; and

5) A five day jury trial is set to commence on **Monday, November 3, 2008, at 8:30 am.**

Dated: June   16  , 2008 in Denver, Colorado.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            LEWIS T. BABCOCK, JUDGE