IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No.  06-CR-00342-LTB


UNITED STATES OF AMERICA,

              Plaintiff,

v.

KENNETH DEAN STURM,

              Defendant.

_____

ORDER
_____


        As further discussed on the record at the October 20, 2008 hearing, IT IS HEREBY

ORDERED as follows:

        1)  The pre-trial preparation conference set for Friday, October 24, 2008 at 8:30 a.m. is

VACATED;

        2) The five-day jury trial currently set to commence on Monday, November 3, 2008, at

8:30 a.m. is likewise VACATED; and

        3)  In light of the length of the discovery phase of this case and newly discovered

evidence, the Government agrees that it will not seek to introduced evidence any further "other

acts" evidence pursuant to Fed. R. Evid. 404(b), except as already noticed pursuant to Fed. R.

Crim. P. 16(a)(1)(G).   In addition, the Government agrees that it will not be seeking to introduce

any additional expert evidence, including any supplemental reports, pursuant to Fed. R. Crim. P. 702 703 or 705.

Dated:   October ___21___, 2008 in Denver, Colorado.

BY THE COURT:


____s/Lewis T. Babcock_____
LEWIS T. BABCOCK, JUDGE
