IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Civil Action No. 06-cr-00342-LTB

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. KENNETH DEAN STURM,

Defendant.

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this 27th day of October 2008.

BY THE COURT:

Lewis T. Babcock, Judge

Attorney for Government

(No exhibits)

Attorney for Defense