IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 06-CR-00342-LTB

UNITED STATES OF AMERICA,

    Plaintiff,
v.

KENNETH DEAN STURM,

    Defendant.
_____

ORDER
_____

As further discussed on the record at the October 27, 2008 hearing, IT IS HEREBY ORDERED as follows:

1) On or before **November 6, 2008**, Defendant shall respond to the Government's Notice of Intent to Introduce Evidence Under Fed. R. Evid. 414 [**Doc #164**];

2) On or before **November 10, 2008**, the Government shall file the following: an exhibit list containing all the exhibits it intends to proffer at trial; a sealed notebook of all the images it intends to introduce at trial (including the charged images) to the court for *in camera* review; and a list of all the witnesses it intends to call to testify at trial, including a summary of any testimony it deems is admissible under Fed. R. Evid. 404(b);

3) Counsel shall hold an exhibit conference in advance of the preliminary trial preparation hearing for defense review of the Government's exhibits; and

4) A preliminary trial preparation hearing is set for **Friday, December 19, 2008, at 10:00 am.**

Dated:   October   28  , 2008 in Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE