IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Lewis T. Babcock

Civil Action No. 13-cv-02680-LTB
Criminal Action No. 06-cr-00342-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KENNETH DEAN STURM,

      Defendant.

---

## ORDER

---

After preliminary consideration of the defendant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 306), it is now

ORDERED that the United States Attorney on or before  November 15, 2013 , shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

Dated:   October 3, 2013

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge