IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-000342-LTB
Civil Case No. 13-cv-02680-LTB

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

KENNETH DEAN STURM,

    Defendant/Movant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on March 13, 2014, the following Judgment is hereby entered.

It is ORDERED that Defendant-Movant James Kenneth Dean Sturm's "Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. §2255 [Doc # 306 ]; the Motion for Evidentiary Hearing on Movant's Habeas Corpus Motion under 28 U.S.C. §2255 [Doc # 315 ]; and the Request for Appointment of Counsel [Doc # 317 ] are DENIED. It is

FURTHER ORDERED that the corresponding civil action is closed. Each party shall bear their own costs.

Dated at Denver, Colorado this   17th   day of March , 2014.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                      Edward P. Butler, Deputy Clerk